**Order entered July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00615-CV

**NOAM NIV, Appellant**

**V.**

**MEYER & COLEGROVE, PLLC, MILTON W. COLEGROVE, JR. AND CONTEMPORARY SOLUTIONS - USA D/B/A TEXAS PIONEER TITLE AGENCY, Appellees**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-04528-2011**

## ORDER

We **DENY** the July 28, 2015 motion for leave to withdraw filed by John R. Stooksberry, in light of his association, as the resident practicing attorney, with non-resident attorney Paul S. Sigelman. For Mr. Stooksberry to be removed as appellant's counsel, a motion to substitute Mr. Stooksberry with another resident attorney must be filed.


/s/      CRAIG STODDART
            JUSTICE